JEAN CANNAN, an Infant, by CHARLES J. CANNAN, Her Guardian ad Litem, Respondent, v. ALBERT M. BAIER, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event,

unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $1,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly and as so modified is, together with the order, affirmed, without costs of this appeal to either party. Permission is hereby given to the guardian *ad litem* to make such stipulation. All concur. (The judgment awards damages for personal injuries in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.